# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

**12 M 563**

1) Magistrate Case Number: ~~12-M-584~~
2) Defendant's Name: Leibowitz (Last)   Jasmine (First)   R. (M.I.)
3) Age: 18
4) Title: 18   Section(s): 952(a), 960
5) Citizen of: USA   Needs: No Interpreter
6) Arrest Warrant Issued: _____   Date and time of arrest: 6/11/12

*(Items 1-6 to be completed by AUSA/Arresting Officer)*

7) Removal Proceeding: __ Yes ✓ No   Other District: _____
8) Name of Interpreter used today: _____   Language: _____
9) Arraignment on complaint held: ✓ Yes __ No   Date/Time: 6/12/12
10) Detention Hearing Held: ___   Bail set at: 100,000 bond with conditions   ROR Entered: ___   POD Entered: ___
11) Temporary Order of Detention Entered: ___   Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: _____ ; or waived: ✓
    (b) Removal Hearing set for: _____ ; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: Hilary Jager
14) DEFENSE COUNSEL'S NAME: Richard Willstatter
    Address: _____
    Bar Code: _____   CJA: ✓   FDNY: ___   RET: ___
    Telephone Number: ( )
15) LOG #: 5:20 - 5:30 PM   MAG. JUDGE: James Orenstein

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___ Yes ___ No

SO ORDERED ON THIS 12th DAY OF June, 2012

_____
UNITED STATES MAGISTRATE JUDGE